RECEIVED
IN LAKE CHARLES, LA

JUN 1 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| IN THE MATTER OF CANAL BARGE COMPANY, INC., AS OWNER AND OPERATOR OF THE BARGE CBC-201, OFFICIAL NO. 288081, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 04-2250 |

### ORDER

Considering the Motion to Lift the Stay of Limitation of Liability and Injunction, Joint Stipulations, and Supporting Memorandum:

IT IS ORDERED that the Stipulations properly protect all limitation of liability rights that Canal Barge Company, Inc. is legally entitled to regardless whether this is a multi or single-claim again. This Court adopts the Joint Stipulations and would make them part of this Order.

IT IS FURTHER ORDERED that Cecil Roessler and Charlene Roessler's Motion to Lift the Stay Order and Injunction in this matter so that they can now proceed with the prosecution of their suit in the 38th Judicial District Court for Cameron Parish, Louisiana, in the matter entitled *Cecil Roessler and Charlene Roessler v. No. 10-16833 Canal Barge*

*Company, Inc.* is GRANTED.

IT IS FURTHER ORDERED that in no event may Cecil Roessler and Charlene Roessler seek to enforce any excess judgment or recovery insofar as it may expose Canal Barge Company, Inc. to liability in excess of $250,000, pending the adjudication of the Complaint of Limitation of Liability in this Court. The question of the valuation of Barge CBC-201 is reserved for adjudication by this Court.

IT IS FURTHER ORDERED that all rights of Canal Barge Company, Inc. to litigate all issues relating to its claim for limitation of liability/exoneration under 46 USC 185 et seq. in this Court are preserved.

IT IS FURTHER ORDERED that Cecil Roessler and Charlene Roessler's Motion to Administratively Stay this Limitation of Liability action pending from the outcome of the state court action is GRANTED, and, as such, the Court orders the Clerk of Court to mark this action closed for statistical purposes. This Court, however, shall retain jurisdiction over this limitation of liability action and this case shall be restored to the trial docket upon the motion of a party if the state proceedings necessitate further proceedings in this Court.

Lake Charles, Louisiana, this ___16th___ day of ___June___, 2005.

_____
UNITED STATES DISTRICT JUDGE